**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JAMES JOHNSTON,<br><br>　　　　Plaintiff,<br>　v.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>　　　　Defendant. | Case No.: **8:10-cv-00120-AG-AN**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 25, 2010

_____
The Honorable Judge
United States District Judge

---

1

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**